UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| LORME KELLY DAVIS, | : | |
| | : | Civil Action No. 12-7830(NLH) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| JORDAN R. HOLLINGSWORTH, Warden, | : | |
| | : | |
| Respondent. | : | |

For the reasons set forth in the Opinion filed herewith, IT IS on this __5th__ day of __March__, 2014,

ORDERED that the Clerk of the Court shall RE-OPEN the Court's file in this matter by making a notation on the Docket reading "Civil Action Re-opened"; and it is further

ORDERED that the Clerk shall TRANSFER this action to the United States District Court for the Southern District of Florida for filing in Criminal No. 05-10018; and it is further

ORDERED that the Clerk of the Court shall RE-CLOSE the Court's file in this matter by making a notation on the Docket reading "Civil Action Terminated."

At Camden, New Jersey

s/Noel L. Hillman
Noel L. Hillman
United States District Judge

1